37053. GEORGE HYMAN CONSTRUCTION COMPANY et al. v. N. C. CONSTRUCTION COMPANY.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED FEBRUARY 17, 1981.

*Rodney C. Jones, Thomas J. Stipanowich, Charles Barnwell,* for appellants.

*Charles O. Jones,* for appellee.